Mrs. J. B. SMITH, alias Mickey Smith, v. STATE.

No. 17345.

Court of Criminal Appeals of Texas.
Feb. 6, 1935.

Culwell & Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a felony, is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented.

The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

Virgil STALCUP v. STATE.

No. 17326.

Court of Criminal Appeals of Texas.
Feb. 6, 1935.

W. W. Ballard, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for life.

It is made to appear by proper affidavit that appellant made his escape from custody pending his appeal to this court, and that he was at large for more than thirty days.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Hubert TUCK v. STATE.

No. 17328.

Court of Criminal Appeals of Texas.
Feb. 6, 1935.

W. Taz Locke and Guy McNeely, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

Sammie WILLIAMS v. STATE.

No. 17510.

Court of Criminal Appeals of Texas.
Feb. 6, 1935.

M. V. Carson, Jr., of Hearne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of a hog; punishment assessed being two years' confinement in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is dismissed.